IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON EDWARD DIXON                                           PLAINTIFF

V.                    NO. 3:06CV00216 SWW-JWC

PAULETTE ARNOLD, et al                                      DEFENDANTS

### ORDER

It has come to the Court's attention that Plaintiff has mailed an envelope to the Clerk containing a statement of his complaints about conditions at the Poinsett County Detention Center, along with two spiders he submitted as evidence of the conditions at the jail.

Plaintiff is ordered not to file any such "evidence" in the future. That is not the appropriate method to present evidence.

IT IS SO ORDERED this 6th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE