IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON EDWARD DIXON                                                              PLAINTIFF

V.                          NO. 3:06cv00216 SWW-JWC

PAULETTE ARNOLD, et al                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau. The record reflects that mail containing a copy of the Proposed Findings and Recommendations addressed to plaintiff at the Poinsett County Detention Center was returned to the Court. *See* docket entry 20. In his motion for protective order, plaintiff seeks a transfer from the Poinsett County Detention Center. The returned mail indicates that he is no longer at the Detention Center.

The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for protective order (docket entry #17) is denied.

IT IS SO ORDERED this 27th day of March 2007.

/s/Susan Webber Wright

United States District Judge