IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON EDWARD DIXON                                                                        PLAINTIFF
ADC #97764

V.                                        NO. 3:06cv00216 SWW

PAULETTE ARNOLD, et al                                                                  DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants' motion for summary judgment (docket entry #25) is hereby granted and Plaintiff's case is dismissed in its entirety, with prejudice. Any pending motions are denied as moot.

Additionally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

The evidentiary hearing set for September 12, 2007, is cancelled.

IT IS SO ORDERED this 13th day of September 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE