IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON EDWARD DIXON                                                              PLAINTIFF
ADC #97764

V.                                    NO. 3:06cv00216 SWW

PAULETTE ARNOLD, et al                                                       DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

The evidentiary hearing set for September 12, 2007, is cancelled.

IT IS SO ORDERED this 13th day of September 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE